**Anthony Bernard BURNSIDE, Plaintiff–Appellant,**

v.

**E. GORE, Major, Defendant–Appellee.**

**No. 06–7930.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 20, 2007.

Anthony Bernard Burnside, Appellant Pro Se.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Bernard Burnside appeals the district court's order accepting the recommendation of the magistrate judge and

denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burnside v. Gore*, No. 6:06–cv–02207 (D.S.C. Sept. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*